Daniel B. Beck SBN 63825
Evan Livingstone SBN 252008
BECK LAW PC
2681 Cleveland Ave
Santa Rosa, CA 95403
Phone (707) 576-7175
Fax   (707) 576-1878

Email: evanlivingtone@sbcglobal.net
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

    Sherie E Lavin

                Debtor
_____/

No. 09-13866
Chapter 7
Date: **December 18, 2009, 10:00 AM**
Place: Santa Rosa, CA

## ORDER AFTER HEARING ON MOTION TO COMPEL
## TRUSTEE TO ABANDON PROPERTY OF ESTATE

The Court heard Debtor's motion to compel trustee to abandon property of the estate at the above date and time. Evan Livingstone appeared for the debtor. There was no appearance by Jeffry Locke, the chapter 7 trustee appointed in this case. The Court finds that notice was proper and there is good cause to grant the motion. Therefore:

THE COURT ORDERS:

The Motion is granted. Any interest the Chapter 7 Trustee may have in the debtor's funds on deposit with Wells Fargo Bank are deemed abandoned by the Chapter 7 Trustee.

Dated: December 18, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge