2

Law Offices of Farley & Kump, LLP
Kary Kump, Bar No. 103335
570 Poli Street
P.O. Box 2480
Ventura, CA 93002-2480
(805) 585-1831
(805) 585-2220 FAX

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) CASE NO. **09-13866** |
| **SHERIE E. LAVIN,** | ) CHAPTER 7 |
| | ) R.S. NO. KK-7508 |
| Debtor. | ) |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW2006-8, BY ONEWEST BANK, FSB, AS ATTORNEY IN FACT,** | ) MOTION FOR RELIEF FROM ) THE AUTOMATIC STAY |
| Movant, | ) <u>HEARING DATE:</u> |
| vs. | ) **DATE: 2/11/10** |
| | ) **TIME: 9:00 AM** |
| **SHERIE E. LAVIN,** and CHAPTER 7 TRUSTEE, **JEFFRY LOCKE,** | ) **CTRM: COURTROOM** |
| | ) 99 SOUTH "E" STREET |
| Respondents. | ) SANTA ROSA, CA |

TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW2006-8, BY ONEWEST BANK, FSB, AS ATTORNEY IN FACT ("ONEWEST"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 7 case.

Page 1

Case: 09-13866   Doc# 17   Filed: 01/26/10   Entered: 01/26/10 09:58:44   Page 1 of 2

This Motion is based on the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

Dated: January 17, 2010

LAW OFFICES OF FARLEY & KUMP, LLP

_____
KARY R. KUMP, ATTORNEY FOR SECURED CREDITOR, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW2006-8, BY ONEWEST BANK, FSB, AS ATTORNEY IN FACT