2

1  Law Offices of Farley & Kump, LLP
   Kary Kump, Bar No. 103335
2  570 Poli Street
   P.O. Box 2480
3  Ventura, CA 93002-2480
   (805) 585-1831 phone
4  (805) 585-2220 fax

5  Attorney for Movant

6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  In Re:                          )    CASE NO. **09-13866**
                                    )    CHAPTER 7
11  **SHERIE E. LAVIN,**            )    R.S. NO. KK-7508
                                    )
12  _____Debtor._____   )
    **DEUTSCHE BANK NATIONAL TRUST**)    **DECLARATION IN SUPPORT OF**
13  **COMPANY AS TRUSTEE FOR HARBORVIEW** ) **MOTION FOR RELIEF FROM**
    **2006-8, BY ONEWEST BANK, FSB, AS** ) **AUTOMATIC STAY**
    **ATTORNEY IN FACT,**           )
14                                  )
                                    )
15            Movant               )    **HEARING DATE:**
                                    )     **DATE: 2/11/10**
16        Vs.                       )     **TIME: 9:00 AM**
                                    )     **CTRM: COURTROOM**
17  **SHERIE E. LAVIN,** and CHAPTER 7 )
    TRUSTEE, **JEFFRY LOCKE**      )    99 SOUTH "E" STREET
                                    )    SANTA ROSA, CA
18  _____)

19       I, ERICA A. JOHNSON-SECK, declare:

20       1.  I am a VICE PRESIDENT at DEUTSCHE BANK NATIONAL TRUST COMPANY

21  AS TRUSTEE FOR HARBORVIEW2006-8, BY ONEWEST BANK, FSB, AS ATTORNEY IN

22  FACT ("ONEWEST"), in the foregoing capacity I have personal knowledge

23  of the status and history of SHERIE E. LAVIN ("Debtor") loan account

24  XXXXXX7508, and if called upon to testify thereto I could and would do

25  so competently and truthfully.

26       2.  In my capacity as VICE PRESIDENT, I have access to the

27  business records of ONEWEST as they relate to the Debtor.  The records

28  of ONEWEST are made and kept in the ordinary course of business by

                               Page 1

persons who have a business duty to make such records on behalf of ONEWEST. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of ONEWEST as they relate to the Debtor herein. The records reflect the payments made by the Debtor, the payments missed, and all charges accruing under the Debtor's loan. Therefore, I am personally familiar with the status of the Debtor's loan.

1. **The Secured Debt**. On or about 1/23/05, Debtor's Grantors Anthony Quattrocchi and Alicia Quattrocchi made and delivered a Promissory Note in the original principal amount of $464,000.00, secured by a First Deed of Trust on the Property commonly known as 329 WEST 8^th STREET, SANTA ROSA, CA 95401 ("Property"). True and correct copies of the Deed of Trust and Note are attached as Exhibits "1" and "2" respectively. On 3/31/06, Movant's original borrowers Grant Deeded 50% interest in the subject property to Debtor and her husband. The Grant Deed is attached hereto as Exhibit "5".

3. **The Default Under The Note**. The Note and Deed of Trust are contractually due for the 2/1/09 payment. As a result of the default, a Notice of Default and Election To Sell was recorded against the Property on 6/25/09. The Notice of Sale was published on 9/28/09, and a foreclosure sale was scheduled for 10/19/09. The total delinquency under the Note is set forth in detail in Exhibit "4" to the Motion.

4. **The Filing Of The Instant Petition**. On or about 11/17/09, Debtor filed the instant Chapter 7 Petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _Jan·12,2010_ at Austin, TX

_____
Erica A. Johnson-Seck    Vice President